UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | Crim. No. 94-276 (DRD) |
| v. : | |
| : | |
| LEONARD A. PELULLO : | ORDER |
| _____ : | |

This case having come to be heard on appeal from the United States District Court for the District of New Jersey, and the Third Circuit Court of Appeals having issued a mandate on or about February 10, 2009, in accordance with its opinion, affirming this Court's May 18, 2005 reinstatement of defendant's judgement of conviction and sentence, vacating this Court's November 1, 2005 order in District Court Civ. No. 01-124, and remanding this matter for the entry of an order correcting the defendant's judgment of conviction and sentence to include forfeiture in the amount of $3,562,897;

IT IS on this 13th day of March, 2009;

ORDERED that the defendant's judgment of conviction and sentence is hereby corrected to include forfeiture in the amount of $3,562,897.

_____
HON. DICKINSON R. DEBEVOISE,
U.S.S.D.J.