UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| - vs - | Criminal No. 94-276 (DRD) |
| LEONARD A. PELULLO, | Civil No. 01-124 (DRD) |
| Defendant. | **ORDER** |

THIS MATTER having come before the Court on the application of Defendant/Petitioner Leonard A. Pelullo for "Relief Pursuant to Federal Rule of Civil Procedure 60(b), Independent Action (Attacking Judgment) and the Court's Inherent Supervisory Powers;" and the Court having *sua sponte* determined to appoint counsel to represent Defendant/Petitioner in connection with that application, pursuant to 18 U.S.C. § 3006A and the Plan for the Composition, Administration, and Management of the Panel of Private Attorneys Under the Criminal Justice Act of the United States District Court for the District of New Jersey ("CJA Plan"); and the Court having determined in accordance with Section II(A)(5) of the CJA Plan that it is in the interest of justice, judicial economy, and continuity of representation that Lawrence S. Lustberg, Esq. and Thomas R. Valen, Esq. of Gibbons P.C. be appointed as counsel for Defendant/Petitioner Pelullo; and the applicable standards having been met, and good and sufficient cause having been shown,

IT IS on this 26 day of May, 2010,

ORDERED that in accordance with 18 U.S.C. § 3006A and the CJA Plan, Lawrence S. Lustberg, Esq. and Thomas R. Valen, Esq. of Gibbons P.C. be and hereby are appointed as counsel to represent Defendant/Petitioner in connection with the above-referenced and related applications (including but not limited to an application for bail), and any appeal therefrom; and it is further,

- 2 -

ORDERED that appointed counsel shall be compensated in accordance with the procedures and standards set forth in 18 U.S.C. § 3006A and the CJA Plan.

_____
HONORABLE DICKINSON R. DEBEVOISE
United States District Judge